IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JEFFREY GOODWIN                      :          CIVIL ACTION
                                     :
        v.                           :
                                     :
STEVEN R. GLUNT                      :          NO. 11-CV-3908


**O R D E R**

AND NOW, this      15th      day of November, 2013, IT IS HEREBY ORDERED

that Jeffrey Goodwin's motion for relief pursuant to Federal Rule of Civil Procedure

60(b)(1), (3) and (6) (Dkt. # 3) is DISMISSED and DENIED with prejudice.

There is no ground to issue a certificate of appealability because Goodwin has

failed to make a substantial showing of the denial of a constitutional right.

The Clerk of Court shall close this case for statistical purposes.


BY THE COURT:


 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.